

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 13−50324
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jennifer Anne Apap<br>    fka Jennifer Anne Lunn<br>422 West Center Avenue<br>Mooresville, NC 28115<br>Social Security No.: xxx−xx−4985 | Nicholas Eric Apap<br>422 West Center Avenue<br>Mooresville, NC 28115<br>Social Security No.: xxx−xx−2168 |

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Request for Notice/Notice of Appearance filed in the above referenced case on 05/02/2013 as document # 7 is defective for the reason(s) marked below:

   Incorrect division in case caption.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: May 3, 2013                                                                                                Steven T. Salata
                                                                                                                           Clerk of Court

Electronically filed and signed (5/3/13)